IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:16-cv-2921-N-BH |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**ORDER REGARDING PARTIAL
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to the parties' joint motion, Exxon Mobil's response/reply brief with respect to the pending motions for partial summary judgment is due March 29, 2018, and the United States' reply brief is due April 12, 2018.

Signed March 16, 2018.

_____
David C. Godbey
United States District Judge