IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) | |
| ) | Case No. 3:16-cv-2921-N-BH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO EXXON'S MOTION FOR LEAVE TO FILE A SECOND PARTIAL SUMMARY JUDGMENT MOTION**

Pursuant to Local Rule 56.7, the United States requests leave to file the attached four-page sur-reply in further opposition to Exxon's motion for leave to file a second partial summary judgment motion. This sur-reply responds directly to some of the arguments Exxon made in its reply. We believe it will be helpful to the Court in understanding why the parties and the Court should not proceed with piecemeal partial motions regarding the Malaysian/ Qatari transactions.

On June 26, 2018, we conferred (by email) with Exxon's counsel about this motion; Exxon has no objection to our filing a sur-reply.

1

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*/s/ Cory A. Johnson*
CORY A. JOHNSON
Senior Litigation Counsel
U.S. Department of Justice
P.O. Box 26
Washington, D.C. 20044
202-307-3046
202-514-9440 (FAX)
Cory.A.Johson@usdoj.gov

JONATHAN L. BLACKER
JOSHUA D. SMELTZER
Trial Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214-880-9765/9735 (v)
214-880-9741/9742/9774 (f)
Jonathan.Blacker2@usdoj.gov
Joshua.D.Smeltzer@usdoj.gov


Attorneys for the United States

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Exxon's counsel about the United States' Motion for Leave to File a Sur-Reply. Exxon does not oppose the motion.

**CERTIFICATE OF SERVICE**

I certify that the foregoing UNITED STATES' SUR-REPLY TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND PARTIAL SUMMARY JUDGMENT MOTION was electronically filed on June 26, 2018, via the Court's ECF system, which will send notification of such filing to all counsel of record.

/s/ *Cory A. Johnson*
CORY A. JOHNSON