IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br>Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. 3:16-CV-2921-N (BH) |
| | § |
| UNITED STATES OF AMERICA,<br>Defendant. | §<br>§<br>§ |

### ORDER

By order of reference filed March 15, 2017, all pretrial discovery disputes have been referred. Before the Court for determination is *Plaintiff Exxon Mobil Corporation's Motion to Compel Production of Documents and Privilege Log and Brief in Support*, filed August 30, 2018 (doc. 82).

An oral argument has been scheduled for **Wednesday, October 3, 2018, at 10:00 a.m.** in courtroom 1566. Unless otherwise ordered, the motion will be determined based on the relevant filings. No evidence will be received at the oral argument. **All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 21st day of September, 2018.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE