IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 3:16-cv-2921-N |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Exxon Mobil Corporation ("ExxonMobil") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the district court, entered in this action on February 19, 2021 [Dkt. 292] (the "Judgment"); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, and upon which the Judgment is based, including but not limited to the district court's order granting partial summary judgment dated August 8, 2018 [Dkt. 80], the findings of fact and conclusions of law dated February 24, 2020 [Dkt. 276], and the portion of the memorandum opinion denying ExxonMobil's request for additional findings of fact dated January 13, 2021 [Dkt. 290].

Dated: April 9, 2021.

        Respectfully submitted,

        THOMPSON & KNIGHT LLP

By:    /s/ *Emily A. Parker*
        Emily A. Parker
        Texas Bar No. 15482500
        emily.parker@tklaw.com
        Mary A. McNulty
        Texas Bar No. 13839680
        mary.mcnulty@tklaw.com
        William M. Katz, Jr.
        Texas Bar No. 00791003
        william.katz@tklaw.com
        J. Meghan Nylin
        Texas Bar No. 24070083
        meghan.nylin@tklaw.com
        Leonora S. Meyercord
        Texas Bar No. 24074711
        lee.meyercord@tklaw.com
        Richard B. Phillips, Jr.
        State Bar No. 24032833
        rich.phillips@tklaw.com
        Dina W. McKenney
        Texas Bar No. 24092809
        dina.mckenney@tklaw.com
        1722 Routh Street, Suite 1500
        Dallas, Texas 75201
        (214) 969-1700
        FAX (214) 969-1751

        MILLER & CHEVALIER, CHARTERED
        Kevin L. Kenworthy
        D.C. Bar No. 414887
        kkenworthy@milchev.com
        George A. Hani
        D.C. Bar No. 451945
        ghani@milchev.com
        Andrew L. Howlett
        D.C. Bar No. 1010208
        ahowlett@milchev.com
        900 16th Street NW
        Washington, D.C. 20006
        (202) 626-5800
        FAX (202) 626-5801

        **ATTORNEYS FOR PLAINTIFF**
        **EXXON MOBIL CORPORATION**