IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:16-cv-2921-N-BH |

**UNITED STATES' NOTICE OF APPEAL**

Notice is hereby given that the defendant United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment signed and entered by this Court on February 19, 2021 (Dkt. 292); and from the Memorandum Opinion and Order signed and entered by this Court on January 13, 2021 (Dkt. 290), which became part of the Final Judgment, wherein the Court (1) denied the United States' motion for partial summary judgment regarding penalties, and (2) granted ExxonMobil's motion for partial summary judgment regarding penalties, thereby granting judgment in favor of ExxonMobil on Count I of the Supplemental Complaint.

                                                                Respectfully submitted,

April 19, 2021                                                  s/ Jonathan L. Blacker
                                                                CORY A. JOHNSON
                                                                Senior Litigation Counsel
                                                                ELIZABETH A. KANYER
                                                                Trial Attorney
                                                                Tax Division
                                                                U.S. Department of Justice
                                                                P.O. Box 26
                                                                Washington, D.C. 20044

        202-307-3046
        202-514-9440 (FAX)
        Cory.A.Johnson@usdoj.gov
        Elizabeth.A.Kanyer@usdoj.gov

        JONATHAN L. BLACKER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        717 N. Harwood, Suite 400
        Dallas, Texas 75201
        214-880-9765
        Jonathan.Blacker2@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that the foregoing UNITED STATES' NOTICE OF APPEAL was electronically filed on April 19, 2021, via the Court's ECF system, which will send notification of such filing to all counsel of record.

        /s/ *Jonathan L. Blacker*
        JONATHAN L. BLACKER